PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Ralph Ling **Henry County Alabama** | RECEIVED 2008 MAR 20 A 9:33<br>Docket or Case No.: CC-2005-00014  CC-2004-10060 |
| Place of Confinement: Bullock County, P.O. Box 5107, Union Springs, 36089 | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT<br>MIDDLE DIST<br>CT ALA<br>Prisoner No.: 190083 |
| Petitioner (include the name under which you were convicted)<br>Henry County Alabama | v. | Respondent (authorized person having custody of petitioner)<br>Bo Keneth Jones |
| The Attorney General of the State of Troy King Alabama | | |

PETITION          1:08-CV-197-MHT

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Henry County Alabama

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: _____

3. Length of sentence: ~~10~~ Two 10 years runing C.C.

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☒   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐           (3) Nolo contendere (no contest) ☐
   (2) Guilty ☒ with draw    (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _The judge did not oppoint me a lawer. He refuesed to give me a trial lawer he refuesed to give me a subprestion hering on a search warrant or evidice. Search warran number 2002-007881 Henry County Search warrant. This is a 2002 search warrant number._

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐     Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: _My law miss reposented me in a appeal_
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _law want take any letters_
   (e) Citation to the case (if you know): _I do not know_
   (f) Grounds raised: _Troy Silver with the Henry County Sheiff depart elegally went in my home and took pictures inside. the pictures was given to Tony Luker my home was searched 4-14-2003 9:30 Am. The envestagator had been in my home a month before the search. The officer did not have the right to go in my home._
   (g) Did you seek further review by a higher state court?   Yes ☒  No ☐
      If yes, answer the following:
      (1) Name of court: _Alabama crimanal appeal_
      (2) Docket or case number (if you know): _____
      (3) Result: _lawer would not get in touch with me law did get me to sign a paper for a retrial. But I do not know this man._
      (4) Date of result (if you know): _____
      (5) Citation to the case (if you know): _____
      (6) Grounds raised: _A former Secertary had been fired over four months. But had made copys of my house keys. Vonda Sue Williams were given my key to cops to go in my house when I leave town. She had been fired 3 months. She had no wright to do that._

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _law will not contack me back_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _The state had wrote the federal court to have me return back to Huston Count to Henry Count for trial, Houston County refuse to trial me I have ask for it several several times. Every State County had build cases on me by phone tapes in my home search warrant 2002-00 7881. The court will not give me a motion of recovery of any type of evidence they had against me. I am not guilty of no charge._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _The man got me to sign the paper for a retrial but I never seen him before and I told him I cannot read. I ask for a motion to supress a search and evidence and content list._

_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☒

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☒

    (7) Result: **NO**

    (8) Date of result (if you know): **NO**

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? *lawer promised me a trial by a jurry.*

    (1) First petition:      Yes ☐ No ☐

    (2) Second petition:  Yes ☐ No ☐

    (3) Third petition:    Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: *Officer had no search warrant, I do not own what they say I do.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *I am not guilty. Judge refused me a lawer the second time. The sheriff wouldn't let me dress out for court or nothing.*

*The appeal atterny had never talked to me about this case. I do have the right for a trial atterny don't I?*

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: *My lawer will not contact me. I do not know who the man was that got me to sign the paper. The court did give me a appeal atterny.*

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      Yes ☐  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

*The appeal man came and talk to me. I never talked to a attorney about this case. I do not know anything about this case.*

Result (attach a copy of the court's opinion or order, if available): _____
_I don't know_

(3) Did you receive a hearing on your motion or petition?
   Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_I do not know nothing else about this case._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❏  No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏  No ❏

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏  No ❏

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____
_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____
_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❏   No ❏

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ❏   No ❏

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❏  No ❏

(4) Did you appeal from the denial of your motion or petition?

    Yes ❏  No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏   No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

   _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ❏   No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3) Did you receive a hearing on your motion or petition?

   Yes ❏   No ❏

   (4) Did you appeal from the denial of your motion or petition?

   Yes ❏   No ❏

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  Yes ❏ No ❏

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ❏ No ❏

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❏   No ❏

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    _____

    (b) At arraignment and plea: _____

    _____

    (c) At trial: _____

    _____

    (d) At sentencing: _____

    _____

    (e) On appeal: _____

    _____

    (f) In any post-conviction proceeding: _____

    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

    _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏ No ❏

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❏ No ❏

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I will ask this court to grant me a motion of recovery on all evidence on all two cases. Where are the papers I sign for a retial. Sence all evidence was gain by a olegle search Troy smith went inside my home without me knowing it to take pictures. I did by a 30+6 from Troy Silver but Troy Silver did not give me no paper work on this gun. Troy Silver also got a fight started at getts & friends. All this started by Vonda Sue Williams giving a key to my home to Troy Silver. My land lord Thomas ketchen who I had to fight with. People were going in my home while I was out of town. It cost me 1,000,00 dollars thats what I had to by pay $500 dollars for court cost. I payed Vonda Williams and Tomas kitchen but I never went to court

Hrnorable Judge Charles S. Coody

Mr. Coody when I told you these seral numbers do not exst because the seer seralnumber were made up because I know this but the court did not think I had sence enough to fegger all this out. Thats why I've been begging you and begging your to run the serial number. I was told by a police that the number was fake on the content list. All the cases come from the elegal search.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____
_____
_____

or any other relief to which petitioner may be entitled.

*Ralph Lingo*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __yes,__
__3-6-2008__ (month, date, year):

Executed (signed) on __3-6-2008__ (date).

*Ralph Lingo*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____

I can not get the office to give me no money account you had sent me one and they haven't feld it out so far. I Ralph Lingo promise the court I haven't got any money.

I asked the court to write the wartden name is Keinth Jones. For a print out were I can get it mail to you all. I ask the clerk to handle this.

Ralph Lurgo 190083-K4-2A
P.O. Box 5107
Union springs, AL 36089-5107




02 1M       $ 00.82⁰
0004219410   MAR 18 2008
MAILED FROM ZIP CODE 36089

The state only gives you two free stamps per week. You have exceeded your limit for the week.
Need additional ¢.10
Ms. Johnson

OFFICE of The CLERK
UNITED STATES DISTICT COURT
P.O. BOX 711
MONTGOMERY AL 36101-0711

Legal mail