IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

Ralph Lingo, AIS#190083-114-2A
Plaintiff(s)

v.

Henry County State of Alabama
Defendant(s)

CC-2005-00014
CC-2004-1006
28 U.S.C. § 2254

1:08-cv-197-MHT

RECEIVED 2008 MAR 20 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, Ralph Lingo, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __NO__

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __NO__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (X)

   B. Rent payments, interest, or dividends?   Yes ( )   No (X)

   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)

   D. Gifts or inheritances?   Yes ( )   No (X)

   E. Any other sources?   Yes ( )   No (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. __NO__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. *NO*

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No __X__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No __X__

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *NO*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __3-6-2008__                                              *190083*
              (Date)
                                              _Ralph L. Ligo_
*14-2A*                                       Signature of Petitioner
*AIS# 190083*        **CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $__12.44__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

__3-7-08__
DATE
                                              _____
                                              AUTHORIZED OFFICER OF INSTITUTION

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 190083      NAME: LINGO, RALPH @1/05           AS OF: 03/07/2008

                     # OF       AVG DAILY       MONTHLY
          MONTH      DAYS        BALANCE        DEPOSITS
          ---------------------------------------------------

          MAR         24          $0.00          $0.00
          APR         30          $0.00          $0.00
          MAY         31          $0.00          $0.00
          JUN         30          $0.00          $0.00
          JUL         31          $0.00          $0.00
          AUG         31          $0.00          $0.00
          SEP         30          $1.34         $38.06
          OCT         31          $2.25         $20.00
          NOV         30          $0.83         $20.00
          DEC         31         $12.27        $160.00
          JAN         31          $1.98         $10.00
          FEB         28          $1.81         $30.00
          MAR          7          $8.53         $20.00
```