IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:08-CV-197-MHT |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the petition filed in this case, and for good cause, it is

ORDERED that on or before April 4, 2008 the petitioner shall file an amendment to his petition which (i) identifies the conviction(s) imposed upon him by the Circuit Court of Henry County which he seeks to challenge in this petition, and (ii) specifies the date the state court imposed the challenged conviction(s).

Done this 21st day of March, 2008.


       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE