IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 APR -3 A 9:14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH W. Lingo, #190083,  )
   Petitioner,  ) CIVIL ACTION No.
V  ) 1:08-CV-197.
KENNETH JONES, et.al.,  )
   Respondents,  )

A motion to the court, I am asking for more Time in This case, for The court to send me The case papers where, I can send them to you.    Henry County.
April 4, 2008
I have already requested the papers.

in the Circuit Court of Henry County cases,

Case (CC-04-160)
case (CC-05-14)

Ralph Lingo Ais# 190083
A Doc Bullock
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph L Lingo Date, 4-2-2008