IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-197-MHT |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 12, 2008 the petitioner shall show cause why he has failed to file an amendment to his petition in compliance with the orders entered in this case. The petitioner is cautioned that if he fails to file the requisite amendment to his petition the court will enter a Recommendation that this case be dismissed.

Done this 30th day of April, 2008.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE