IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:08cv197-MHT |
| ) | (WO) |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On May 30, 2008 (Doc. # 8), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 8) is adopted and that this case is dismissed without prejudice for failure of the petitioner to file an amendment to his petition in compliance with the orders of this court.

DONE, this the 25th day of June, 2008.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE